# REQUEST FOR WARRANT ON FILING OF A SUPERSEDING INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned a Superseding Indictment on January _18_, 2018, against JASON JOEY BERRY, a/k/a DANIEL DESNOYERS, charging the following:

21 USC 846 - Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death

21 USC 963 – Conspiracy to Import Controlled Substances and Controlled Substance Analogues into the United States Resulting in Serious Bodily Injury and Death

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

  ☐   bail be set at $ _____

  ☐   defendant be detained without bail.

COMMENTS:

Dated: _1/18/2018_

CHRISTOPHER C. MYERS
United States Attorney