**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | REQUEST FOR NOTICE PURSUANT TO |
| vs. ) | Fed. R. Evid. 404(b) |
| ) | |
| JASON JOEY BERRY, ) | |
| ) | Case No. 3:17-CR-00206 |
| Defendant. ) | |

[¶ 1] The Defendant above-named, Jason Joey Berry, by and through his undersigned attorney, Samuel A. Gereszek, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered., no later than fifteen (15) days before trial.

Dated this Thursday, August 26, 2021

Samuel A. Gereszek (ND Bar ID #  07040)
**GERESZEK LAW OFFICE P.L.L.C.**
3001 32nd Ave South, Suite 1A
Grand Forks, ND 58201
Telephone: (701) 786-6068
Eservice: eserve@gereszek.law
**ATTORNEY FOR THE DEFENDANT**